IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| VS. ) | 1:05cr242-F |
| ) | |
| THOMAS DANIEL PULLUM ) | |

## WAIVER OF SPEEDY TRIAL ACT

I, THOMAS DANIEL PULLUM, the defendant in the above-styled cause, do hereby waive my rights to a speedy trial pursuant to 18 U.S.C., § 3161 et. seq. I certify to the Court that I knowingly, voluntarily, and intelligently waive these rights after full and complete explanation of each and every one of them to me by my attorney and,

WITH FULL KNOWLEDGE OF EACH OF THESE RIGHTS, I HEREBY EXPRESSLY WAIVE SUCH RIGHTS.

_11/14/05_
DATE

_11/14/05_
DATE

_Thomas Pullum_
DEFENDANT

_____
ATTORNEY FOR DEFENDANT