FILED
NOV 15 2005

CLERK
U. S. DISTRICT COURT
MIDDLE DIST. OF ALA.

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CR. NO. 1:05CR242-F |
| v. ) | [21 U.S.C. 841(a)(1)] |
| THOMAS DANIEL PULLUM ) | **INDICTMENT** Superseding |

The Grand Jury charges:

## COUNT 1

That on or about the 26th day of July, 2005, in Geneva County, within the Middle District of Alabama, the defendant,

**THOMAS DANIEL PULLUM,**

did knowingly, intentionally, and unlawfully possess with the intent to distribute 5 grams or more of methamphetamine, a Schedule II Controlled Substance, in violation of Title 21, United States Code, Section 841(a)(1).

## FORFEITURE ALLEGATION

A.   Count 1 of this indictment is hereby repeated and incorporated herein by reference.

B.   Upon conviction for violation of Title 21, United States Code, Section 841(a)(1) as alleged in Count 1 of this indictment, the defendant,

**THOMAS DANIEL PULLUM,**

shall forfeit to the United States, pursuant to Title 21, United States Code, Section 853 any and all property constituting or derived from any proceeds the said defendant obtained directly or indirectly as a result of the said violations and any and all property

used or intended to be used in any manner or part to commit and to facilitate the commission of the violations alleged in Count 1 of this indictment.

C. If any of the forfeitable property described in this forfeiture allegation, as a result of any act or omission of the defendant:

(1) cannot be located upon the exercise of due diligence;

(2) has been transferred or sold to, or deposited with, a third person;

(3) has been placed beyond the jurisdiction of the Court;

(4) has been substantially diminished in value; or,

(5) has been commingled with other property which cannot be subdivided without difficulty; the United States, pursuant to Title 21, United States Code, Section 853, intends to seek an order of this Court forfeiting any other property of said defendant up to the value of the forfeitable property.

All in violation of Title 21, United States Code, Section 841.

A TRUE BILL

_____
FOREPERSON

_____
LEURA GARRETT CANARY
United States Attorney

_____
A. CLARK MORRIS
Assistant United States Attorney