# COURTROOM DEPUTY MINUTES
## MIDDLE DISTRICT OF ALABAMA

DATE: **11/30/05**

DIGITAL RECORDING: **10:38 - 10:41**

- ☐ INITIAL APPEARANCE
- ☐ DETENTION HEARING
- ☐ REMOVAL HEARING (R.40)
- ☐ ARRAIGNMENT
- ✓ ARRAIGNMENT on SUPERSEDING INDICTMENT
- ☐ PRELIMINARY EXAMINATION

---

PRESIDING MAG. JUDGE **CHARLES S. COODY**        DEPUTY CLERK: **WANDA STINSON**

CASE NO. **1:05CR242-F-DRB**        DEFT. NAME: **THOMAS D. PULLMAN**

USA: **A. CLARK MORRIS**        ATTY: **KEVIN BUTLER**

Type Counsel: ( ) Retained; ( ) Panel CJA; ( ) Waived; (✓) CDO;

USPTSO/USPO: _____

Defendant ____ does ✓ does NOT need an interpreter;

Interpreter present   ✓ NO   ___ YES   NAME_____

---

| | | |
|---|---|---|
| ☐ Kars. | Date of Arrest _____ or ☐ karsr40 | |
| ☐ kia. | Deft. First Appearance. Advised of rights/charges. ☐ Pro/Sup Rel Violator | |
| ☐ kcnsl. | Deft. First Appearance with Counsel | |
| ☐ | Requests appointed Counsel ☐ ORAL MOTION for Appointment of Counsel | |
| ☐Finaff. | Financial Affidavit executed ☐ to be obtained by PTSO | |
| ☐koappted | **ORAL ORDER** appointing Community Defender Organization - **Notice to be filed.** | |
| ☐20appt. | Panel Attorney Appointed; ☐ to be appointed - prepare voucher | |
| ☐ | Deft. Advises he will retain counsel. Has retained _____ | |
| ☐ | Government's **ORAL** (kgoralm.) Motion for Detention Hrg. ☐ To be followed by written motion; | |
| ☐ | Government's **WRITTEN** Motion for Detention Hrg. filed. | |
| ☐ | **DETENTION HRG** ☐ held; ☐ Set for _____; ☐ **Prelim. Hrg** ☐ Set for _____ | |
| ☐ kotempdtn. | **ORDER OF TEMPORARY DETENTION PENDING HEARING** entered | |
| ☐ kodtn. | **ORDER OF DETENTION PENDING TRIAL** entered | |
| ☐ kocondrls. | Release order entered. ☐ Deft. advised of conditions of release. | |
| ☐ kbnd. | ☐ **BOND EXECUTED** (M/D AL charges) $ _____ Deft released (kloc LR) | |
| | ☐ **BOND EXECUTED** (R.40 charges) - deft to report to originating district as ordered | |
| ☐loc.(LC) | Bond **NOT** executed. Deft to remain in Marshal's custody | |
| ☐ ko. | Deft. **ORDERED REMOVED** to originating district | |
| ☐ kwvprl. | Waiver of ☐ Preliminary hearing; ☐ Kwvr40hrg. (Waiver of R.40 Hearing) | |
| ☐ | Court finds **PROBABLE CAUSE.** Defendant bound over to the Grand Jury. | |
| ✓Karr. | **ARRAIGNMENT** SET FOR: _____  ✓ **HELD.** Plea of **NOT GUILTY** entered. | |
| | ✓ **Trial Term**  **6/5/06** ;  ☐ **PRETRIAL CONFERENCE DATE:** _____ | |
| | ✓ **DISCOVERY DISCLOSURES DATE:** **11/30/05** | |
| ☐ Krmknn. | **NOTICE** to retained Criminal Defense Attorney handed to Counsel | |
| ☐ krmvhrg. | Identity/Removal Hearing set for _____ | |
| ✓ Kwvspt | **Waiver of Speedy Trial Act Rights Executed.** | |