IN THE UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v | ) | |
| | ) | CR. NO.   1:05CR242-F |
| THOMAS DANIEL PULLMAN | ) | |

## WAIVER OF SPEEDY TRIAL ACT RIGHTS

I, **Thomas Daniel Pullman**, defendant in the above styled case, do hereby waive my rights to a speedy trial as established in 18 U.S.C. § 3161 et seq. I certify to the court that I am waiving these rights knowingly, voluntarily, and intelligently after receiving a full and complete explanation of my rights given to me by my attorney and,

WITH FULL KNOWLEDGE OF MY RIGHTS, I HEREBY EXPRESSLY WAIVE MY RIGHTS TO A SPEEDY TRIAL And request setting on the June 5, 2006 trial term.

11/30/05
DATE

_____
DEFENDANT

_____
ATTORNEY FOR DEFENDANT