IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.   ) | Cr. No.   1:05-cr-242-F |
| ) | |
| THOMAS DANIEL PULLUM   ) | |
| ) | |

# **O R D E R**

Upon consideration of the Motion for Leave to Dismiss Indictment (Doc. # 14), heretofore filed November 18, 2005, in the above styled cause, and for good cause shown, the Court is of the opinion that the motion should be granted.  It is, therefore, CONSIDERED, ORDERED, ADJUDGED AND DECREED by the Court that said motion is hereby GRANTED.

DONE this 30th day of November, 2005.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE