# MINUTES
## IN THE UNITED STATES DISTRICT COURT FOR THE MIDDLE DISTRICT OF ALABAMA

☐ Northern    ☑ Southern    ☐ Eastern

| | |
|---|---|
| HON. Delores Boyd | AT Montgomery, Alabama |
| DATE COMMENCED 12-1-2005 | @ 11:11 ☑ a.m. ☐ p.m |
| DATE COMPLETED 12-1-2005 | @ 11:20 ☑ a.m. ☐ p.m |

CASE NO. 1:05cr242-F

UNITED STATES OF AMERICA    VS.    Thomas Daniel PULLUM
Plaintiff(s)                        Defendant(s)

### APPEARANCES

Plaintiff(s)/Government: ~~Morris~~ Brown

Defendant(s): Butler

### COURT OFFICIALS PRESENT:

Ctrm Clerk: S. Q. Long, Jr.
Law Clerk:
USPO/USPTS:
Crt Rptr:
Interpreter:
Other:

### PROCEEDINGS:

☐ Motion Hearing:
☐ Status Conference
☐ Revocation
☐ Settlement Conference
☐ Non-Jury Trial
☐ Other
☐ Oral Argument
☐ Scheduling Conf.
☐ Telephone Conf.
☐ Revocation/Prtrl/SupvRel/Prob
☐ Evidentiary Hrg.
☐ Show Cause
☐ Sentencing

☑ **Pretrial Conference**
Pending Motions:
Discovery Status: Complete    Plea Status:
Trial Status/Length:    Trial Term: