IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v.  ) | 1:05-CR-0242-F |
| ) | |
| ) | |
| THOMAS DANIEL PULLUM ) | |

**PRETRIAL CONFERENCE ORDER**

Appearing at the initial pretrial conference on December 1, 2005, before the undersigned Magistrate Judge, were Assistant Federal Defender Kevin Butler, defense counsel, and Assistant United States Attorney Todd Brown, standing in for Assistant United States Attorney A. Clark Morris, government counsel.  After due consideration of representations of counsel and other relevant matters, it is **ORDERED** as follows:

1. **Jury selection** is set for **June 5, 2006.** The trial of this case is set for the **trial term commencing on June 5, 2006**, before Chief United States District Judge Mark E. Fuller and is expected to last two trial days.

2. The parties have until **January 9, 2006** to file any motions.

3. A **supplemental pretrial** is hereby scheduled for **11:00 a.m. on April 3, 2006**, in District Courtroom 4A..

4. Proposed **voir dire questions** shall be filed on or before **May 29, 2006.** Counsel should not include questions seeking information which is provided in the jury questionnaire.

5. All **motions in limine** shall be filed on or before **May 29, 2006.** Motions in limine must be accompanied by a brief.  Failure to file a brief will result in denial of the

motion.

6.  **Proposed jury instructions** shall be filed on or before **May 29, 2006**.

7.  The last day on which the court will entertain a **plea pursuant to Rule 11(c)(1)(A) or (C)** plea is **May 29, 2006**.  The government and defendant are informed that if a defendant waits until the last minute to enter a plea, and if that plea, for whatever reason, is not accepted by the court, the defendant and the government will be expected to be prepared to go to trial on June 5, 2006.  The court will not continue the trial of this case as to any defendant because a defendant's plea was not accepted.  In other words, the defendant and the government should not wait until the last minute for a defendant to enter a guilty plea, and both the defendant and the government should all be ready to go to trial on June 5, 2006, as to all defendants, even though a particular guilty plea was not accepted by the court.

Done this 2nd day of December, 2005.

/s/ **Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE