### IN THE DISTRICT COURT OF THE UNITED STATES
### FOR THE MIDDLE DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **UNITED STATES OF AMERICA** ) | |
| ) | |
| V. ) | CR. No.: 1:05cr242-F |
| ) | |
| **THOMAS DANIEL PULLUM** ) | |

### MOTION TO WITHDRAW AS COUNSEL OF RECORD
### AND FOR APPOINTMENT OF CJA PANEL ATTORNEY

**COMES NOW** the undersigned counsel, Thomas Daniel Pullum, and files this Motion to Withdraw as Counsel of Record and for Appointment of a CJA Panel Attorney on behalf of Defendant, Thomas Daniel Pullum. In support of this Motion, counsel states the following:

1. On November 14, 2005, the Federal Defender Office was appointed to represent Thomas Daniel Pullum with respect to the criminal charges he faces in the above-styled case. The case was then assigned to undersigned counsel, Kevin L. Butler.

2. On Friday, December 1, 2005, undersigned counsel discovered that a conflict exists between undersigned counsel, Mr. Pullum and a former client.

3. Undersigned counsel requests that on behalf of Mr. Pullum CJA panel attorney Al Smith, Esquire, be appointed to represent him in all further proceedings in this case. Mr. Pullum will not be prejudiced by such a change in counsel at this time.

WHEREFORE, undersigned counsel prays that the office of the Federal Defender be permitted to withdraw from the representation of Mr. Pullum and that CJA Panel Attorney, Al Smith, be appointed to represent him.

Dated this 5th day of December 2005.

Respectfully submitted,

s/ Kevin L. Butler
KEVIN L. BUTLER
First Assistant Federal Defender
201 Monroe Street, Suite 407
Montgomery, Alabama 36104
Phone: (334) 834-2099
Fax: (334) 834-0353
E-mail: kevin_butler@fd.org
AZ Bar Code: 014138

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | ) |
| | ) |
| V. | )   CR. No.: 1:05cr242-F |
| | ) |
| THOMAS DANIEL PULLUM | ) |

**CERTIFICATE OF SERVICE**

I hereby certify that on December 5, 2005, I electronically filed the foregoing with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following:

Clark Morris, Esquire
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, Alabama 36104


Sydney Albert Smith, Esquire
Attorney At Law
Post Office Drawer 389
Elba, Alabama 36323

                                                  Respectfully submitted,


                                                  s/ Kevin L. Butler
                                                  KEVIN L. BUTLER
                                                  First Assistant Federal Defender
                                                  201 Monroe Street, Suite 407
                                                  Montgomery, Alabama 36104
                                                  Phone: (334) 834-2099
                                                  Fax: (334) 834-0353
                                                  E-mail: kevin_butler@fd.org
                                                  AZ Bar Code: 014138