IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 2:05-CR-0242-F |
| | ) | |
| | ) | |
| THOMAS DANIEL PULLUM | ) | |

## ORDER ON MOTION

Upon consideration of the *Motion to Withdraw as Counsel of Record and for Appointment of CJA Panel Attorney* filed by Assistant Federal Defender Kevin Butler (Doc. 21, December 5, 2005), it is

**ORDERED** that the *Motion* is **GRANTED**. Accordingly, the Clerk is directed to remove Assistant Federal Defender Kevin Butler as counsel of record, and to designate instead, Al Smith, Esq., a CJA Panel Attorney as the defendant's counsel of record. Atty. Smith shall file a notice of appearance as soon as possible.

Done this 19th day of December, 2005.

/s/ Delores R. Boyd
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE