IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THE UNITED STATES OF AMERICA,
    Plaintiff;

vs.                        CASE NO. 2:05-CR-0242-F

THOMAS DANIEL PULLUM,
    Defendant.

## NOTICE OF APPEARANCE

COMES now, SYDNEY ALBERT SMITH, and advises his appearance as CJA Panel Attorney appointed to represent the Defendant.

Counsel in making his appearance, requests:

1. That all notices of continuances, trial settings, docket settings, or otherwise, announcements or notices regarding said case be forwarded to him at his address provided herein or electronically.

2. That the name of counsel be entered herein on the appropriate Court records and that he be designated as counsel of record.

Respectfully submitted this the December 22, 2005.

                                                s/Sydney Albert Smith
                                              Sydney Albert (Al) Smith
                                              ASB-3560-H70S
                                              Attorney at Law
                                              P. O. Drawer 389
                                              Elba, Al 36323
                                              Phone:    334-897-3658
                                              Fax:       334-897-8633
                                              email:     sydneyalbertsmith@charter.net

## CERTIFICATE OF SERVICE

      I hereby certify that I have served a copy of the foregoing by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Honorable A. Clark Morris<br>
Assistant U. S. Attorney<br>
P. O. Box 197<br>
Montgomery, AL 36101-0197

and by U. S. Mail addressed as above.

S/Sydney Albert Smith     12/22/05
Of Counsel     Date