IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

THE UNITED STATES OF AMERICA,
    Plaintiff;

vs.                                                  CASE NO.  2:05-CR-0242-F

THOMAS DANIEL PULLUM,
    Defendant.

## NOTICE OF INTENT TO ENTER A PLEA OF GUILTY

COMES now, THOMAS DANIEL PULLUM, by and through CJA Panel counsel, SYDNEY ALBERT SMITH, and advises the Court that he intents, pursuant to a Plea Agreement, to enter a plea of guilty to the charges.

The Defendant entered a residential rehabilitation facility, The Cross Over Ministries, Opp, Alabama on January 16, 2006.  He is scheduled to complete the program on May 6, 2006.   The Pre Trial Conference Order issued on Decembe r 2, 2005, by the Honorable Magistrate Judge Delores R. Boyd  provides that a pretrial conference is set for April 3, 2006; Plea Agreement is due by May 29, 2006; and trial, which, of course, is now unnecessary, is set for June 5, 2006.  The Defendant respectfully requests that the Court in scheduling the taking of his plea be aware of his rehabilitation program.  Even though the Defendant Plea Agreement will result in prison time, he voluntarily entered the drug rehabilitation program to deal with his problem, knowing he was likely going to prison.  He desires an opportunity to complete the program, even knowing he is going to prison.

Respectfully submitted this the January 18, 2006.

s/Sydney Albert Smith
_____
Sydney Albert (Al) Smith
ASB-3560-H70S
Attorney at Law
P. O. Drawer 389
Elba, Al 36323
Phone:    334-897-3658
Fax:       334-897-8633
email:     sydneyalbertsmith@charter.net

**CERTIFICATE OF SERVICE**

    I hereby certify that I have served a copy of the foregoing by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Honorable A. Clark Morris
Assistant U. S. Attorney
P. O. Box 197
Montgomery, AL 36101-0197

S/Sydney Albert Smith            January 18, 2006
Of Counsel                                    Date