UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05-CR-242-MEF |
| | ) | |
| THOMAS DANIEL PULLUM | ) | |

### ORDER

Pursuant to the Defendant's *Notice of Intent to Enter a Plea of Guilty* filed on January 18, 2006 (Doc. 25), it is hereby

**ORDERED** that the supplemental pretrial conference set at 11:00 a.m. on April 3, 2006, in District Courtroom 4A is hereby CANCELLED.

DONE this 23rd day of January, 2006.

**/s/ Delores R. Boyd**
DELORES R. BOYD
UNITED STATES MAGISTRATE JUDGE