```
             IN THE UNITED STATES DISTRICT COURT
            FOR THE MIDDLE DISTRICT OF ALABAMA
                       SOUTHERN DIVISION

UNITED STATES OF AMERICA        )
                                )
     v.                         )   CASE NO. 1:05cr242-F
                                )
THOMAS DANIEL PULLUM            )
```

O R D E R

Upon consideration of the Motion to Strike heretofore filed in the above-styled cause, and for good cause shown, the Court is of the opinion that the Motion should be and the same is hereby GRANTED. It is, therefore, **ORDERED, ADJUDGED and DECREED** by the Court that the Forfeiture Allegation is hereby stricken.

DONE this \_\_\_\_ day of _____, 2006.

_____
UNITED STATES DISTRICT JUDGE