IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Case No. 1:05-cr-242-F |
| | ) | |
| THOMAS DANIEL PULLUM | ) | |

## **ORDER**

Upon consideration of the Motion to Strike Forfeiture Allegation (Doc. # 28), it is hereby

ORDERED that the motion is GRANTED. The Forfeiture Allegation is hereby STRICKEN.

DONE this the 8th day of February, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE