| COURTROOM DEPUTY MINUTES | DATE: 5/26/06 | DIGITAL RECORDING: 10:29 - 10:54 |
|---|---|---|

MIDDLE DISTRICT OF ALABAMA    COURT REPORTER: Risa Entrekin

❏ ARRAIGNMENT      x CHANGE OF PLEA      ❏ CONSENT PLEA

❏ RULE 44(c) HEARING      ❏ SENTENCING

---

**PRESIDING MAG. JUDGE:** *DELORES R. BOYD*    **DEPUTY CLERK:** *WANDA ROBINSON*

**CASE NUMBER:** *1:05cr242-MEF*    **DEFENDANT NAME:** *Thomas Daniel Pullum*

**AUSA:** *Kent Brunson*    **DEFENDANT ATTY:** *Sydney Albert Smith*

Type Counsel:    ( ) Waived;    ( ) Retained;    ( x ) Panel CJA;    ( ) CDO

**USPO:** Al Lancaster

Defendant _____ does ___x___ does NOT need and interpreter.

Interpreter present?  __x__ NO  _____ YES    Name: _____

---

— This is defendant's **FIRST APPEARANCE. (Docket kia.!!!)**

— WAIVER OF INDICTMENT executed and filed.

— MISDEMEANOR INFORMATION filed.

— Juvenile Information filed w/Certificate that State Court refuses jurisdiction.

**PLEA:**   ❏ Not Guilty                    ❏ Nol Contendere

❏ Not Guilty by reason of insanity

x Guilty as to:

    x Count(s) __1__ of the Felony Superseding Indictment.

    ❏ Count(s) _____ ❏ dismissed on oral motion of USA;

        ❏ to be dismissed at sentencing

X — **ORAL ORDER ADJUDICATING GUILT as to COUNT 1 of Superseding Indictment**

X — Written plea agreement filed.  ❏ **OPEN/ORAL** Plea Agreement.  ❏ **ORDERED SEALED.**  ❏ No Plea Agreement entered

— _____ Days to file pretrial motions.   ❏ _____ Trial date or term.

X — **ORDER:** Defendant Continued under X same bond ; ❏ Released on Bond & Conditions of Release
    ❏ summons; for:

❏ Trial on _____; X- Sentencing on   X- to be set by Separate Order

— **ORDER:** Defendant remanded to custody of U.S. Marshal for:

    ❏ Posting a $_____ Bond;

    ❏ Trial on _____; or ❏ Sentencing on _____ ❏ set by separate Order.

Rule 44 Hearing: ❏ Waiver of Conflict of Interest Form executed. ❏ Detention requests time to secure new counsel.