IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION


THE UNITED STATES OF AMERICA,
     Plaintiff;

vs.                                 CASE NO.  2:05-CR-0242-F

THOMAS DANIEL PULLUM,
     Defendant.


**MOTION TO CONTINUE SENTENCING**


COMES now, THOMAS DANIEL PULLUM, by and through CJA Panel counsel, SYDNEY ALBERT SMITH, and requests a CONTINUANCE of the sentencing now set for September 7, 2006, and cites as grounds therefore as follows:

1. Counsel begins a capital murder case, State v. Oscar Doster, Covington County CC-2003-156 on Monday, August 21, 2006.

2. At a conference and hearing on Friday, August 11, 2006, the prosecution, the defense and the Court estimated that trial will take three (3) weeks including the sentencing/mitigation phase should a capital verdict be returned.

3. The setting of September 7, 2006, for sentencing in this matter will fall during that third week.

4. Counsel would, in all candor, rather not having the Pullum sentencing pending during the trial and likely mitigation/sentencing phase of the capital trial.

Respectfully submitted this the August 14, 2006.

-1-

s/Sydney Albert Smith
_____
Sydney Albert (Al) Smith
ASB-3560-H70S
Attorney at Law
P. O. Drawer 389
Elba, Al 36323
Phone:           334-897-3658
Fax:             334-897-8633
email:           sydneyalbertsmith@charter.net


## CERTIFICATE OF SERVICE


I hereby certify that I have served a copy of the foregoing by electronically filing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:


Honorable A. Clark Morris
Assistant U. S. Attorney
P. O. Box 197
Montgomery, AL 36101-0197


S/Sydney Albert Smith               08/14/2006
Of Counsel                          Date