IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05-cr-242-MEF-DRB |
| | ) | |
| THOMAS DANIEL PULLUM | ) | |

**GOVERNMENT'S MOTION FOR DOWNWARD DEPARTURE
AND CERTIFICATION OF SUBSTANTIAL ASSISTANCE
PURSUANT TO § 5K1.1, UNITED STATES SENTENCING GUIDELINES**

**COMES NOW** the United States of America, by and through Leura G. Canary, United States Attorney for the Middle District of Alabama, and files the above-captioned motion, and as reasons therefore, submits the following:

1. Defendant entered a plea of guilty under Rule 11(c)(1)(C) to an indictment charging a violation of Title 21, United States Code, Section 841(a), pursuant to a plea agreement.

2. Defendant agreed to cooperate with the Government in the instant cause and in subsequent investigations as necessary, and to waive his rights to appeal or collaterally attack the guilty plea or sentence.

3. The United States submits the defendant has cooperated with the United States and has abided by the terms of his plea agreement. The assistance provided by Defendant should be considered substantial.

4. The Government is satisfied that Defendant is entitled to be considered for a reduction of sentence under § 5K1.1 U.S.S.G., and Title 18, United States Code, Section 3553(e) and moves this Court to reduce the applicable offense level of Defendant by three levels.

Respectfully submitted this the 18th day of August, 2006.

        LEURA G. CANARY
        UNITED STATES ATTORNEY

        s/A. Clark Morris
        A. CLARK MORRIS
        Assistant United States Attorney
        One Court Square, Suite 201
        Montgomery, AL 36104
        Phone: (334)223-7280
        Fax: (334)223-7135
        E-mail: clark. morris@usdoj.gov
        ASB-1613-N77A

IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | 1:05-cr-242-MEF-DRB |
| | ) | |
| THOMAS DANIEL PULLUM | ) | |

## CERTIFICATE OF SERVICE

I hereby certify that on August 18, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following: Albert Sydney Smith, Esquire.

Respectfully submitted,

s/A. Clark Morris
A. CLARK MORRIS
Assistant United States Attorney
One Court Square, Suite 201
Montgomery, AL 36104
Phone: (334)223-7280
Fax: (334)223-7135
E-mail: clark. morris@usdoj.gov
ASB-1613-N77A