# MINUTES

IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF ALABAMA, SOUTHERN DIVISION

HON.  MARK E. FULLER, PRESIDING          AT MONTGOMERY, AL

DATE COMMENCED:   11/2/06         AT:   9:05 a.m.
DATE COMPLETED:   11/2/06         AT:   9:30 a.m.

UNITED STATES OF AMERICA        §
                                §
vs.                             §   CR. NO. 1:05CR242-MEF
                                §
THOMAS DANIEL PULLUM            §

|          GOVERNMENT          |     APPEARANCES:     |       DEFENDANT        |
|------------------------------|----------------------|------------------------|
| A. Clark Morris              |                      | Sydney A. Smith        |

COURT OFFICIALS PRESENT:

Jimmy Dickens, Court Reporter          Terrence Marshall, USPO
David Housholder, Law Clerk            Scott Wright, USPO
Kelli Gregg, Courtroom Clerk

COURTROOM PROCEEDINGS:

( X )  **Sentencing**

9:05 a.m. -   Court convenes.
              Government states the terms of the plea agreement with the Court.
              Court GRANTS Governments Motion to Decrease for Acceptance of
              Responsibility (Doc. 37).
              Government states the reasons for filing their Motion for Downward
              Departure Pursuant to 5K1.1 (Doc. 38).
              Court will accept the terms of the plea agreement and will sentence
              accordingly.
              Court GRANTS Government Motion for Downward Departure (Doc. 38).
              Defense counsel asks the Court for defendant to receive the safety valve.
              Court states that the safety valve has been given.
              Court sentences defendant and advises him of his right to an appeal.
              Defendant shall self surrender to the Bureau of Prisons on or before 2:00
              p.m. Thursday, January 4, 2007.
              Court ORDERS that defendant will be released under same conditions of
              release as entered by the Magistrate Judge.
9:30 a.m. -   Court is in recess.