AO 245B   (Rev. 06/05) Judgment in Criminal Case
          Sheet 2 — Imprisonment

Judgment — Page __2__ of __6__

| | |
|---|---|
| DEFENDANT: | THOMAS DANIEL PULLUM |
| CASE NUMBER: | 1:05CR242-MEF |

RECEIVED

2007 JAN 16  P 3: 10

UNITED STATES
MARSHALS SERVICE
MIDDLE ALABAMA

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of:

**Twenty seven (27) months.**

X The court makes the following recommendations to the Bureau of Prisons:

**The Court recommends that defendant be designated to a facility where Intensive Residential Substance Abuse Treatment is available.**

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

☐ at _____ ☐ a.m. ☐ p.m. on _____.

☐ as notified by the United States Marshal.

X The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

X   before 2 p.m. on   **January 4, 2007**   .

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

## RETURN

RETURNED AND FILED

JAN 2 2 2007

CLERK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

I have executed this judgment as follows:

Defendant delivered on  1/4/07  to  FPC
at  Pensacola FL  , with a certified copy of this judgment.

Scott P Fisher Warden
UNITED STATES MARSHAL

By _____ LT
DEPUTY UNITED STATES MARSHAL